UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON ARMSTRONG, BRYON ARMSTRONG, and JENNIFER PAYAN ARMSTRONG,

       Plaintiffs,

  v.

MICHAEL SEXSON, AGENT CORRAL, RITE-AID CORPORATION, and DOES 1-30,

       Defendants.

                                     /

NO. CIV. S-06-2200 LKK/EFB

O R D E R

    A hearing on Rite-Aid Headquarters Corporation's Motion to Dismiss for Failure to State a Claim was set to be heard at 10:00 a.m. on the March 26, 2007 Law and Motion calendar. A status conference was also set for that date.

    Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the pending motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing. Plaintiffs

1 have failed to file an opposition or statement of non-opposition.
2     Accordingly, the court ORDERS as follows:
3     1. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in
4 writing not later than ten (10) days from the effective date of
5 this order why sanctions should not issue in the above-captioned
6 case in the amount of One Hundred Fifty Dollars ($150) as required
7 by Local Rule 11-110 for failure to file a timely opposition in
8 accordance with Local Rule 78-230, unless that party timely files
9 a written Statement of Non-Opposition. A hearing shall be held on
10 the Order to Show Cause at the time of hearing on this motion.
11     2. The hearing on the motion to dismiss presently before the
12 court is CONTINUED to April 23, 2007 where it will be called on the
13 court's regularly scheduled Law and Motion Calendar, beginning at
14 10:00 a.m.
15     3. Plaintiffs' counsel is directed to file and serve the
16 opposition or statement of non-opposition to Rite-Aid's Motion to
17 Dismiss no later than April 2, 2007.
18     4. The status conference, currently set for March 26, 2007 is
19 CONTINUED to April 23, 2007 at 10:00 a.m., to be heard at the
20 conclusion of the law and motion calendar. Counsel are reminded
21 to file status reports as required by the court and local rules.
22     IT IS SO ORDERED.
23     DATED: March 13, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2