UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON ARMSTRONG, BRYON ARMSTRONG, and JENNIFER PAYAN ARMSTRONG,

      Plaintiffs,

  v.

MICHAEL SEXSON, AGENT CORRAL, RITE-AID CORPORATION, and DOES 1-30,

      Defendants.

                               NO. CIV. S-06-2200 LKK/EFB

                               O R D E R

    On March 14, 2007, the court ordered counsel for plaintiffs to show cause why sanctions should not be imposed for his failure to file an opposition or statement of non-opposition to defendant Rite-Aid's motion to dismiss. Counsel responded to the order to show cause on March 26, 2007. Counsel represents that he was busy and that the motion "went right under my radar." Response to Order to Show Cause at 1:28.

    No good cause being shown, the court hereby ORDERS that

1 counsel for plaintiff is SANCTIONED in the amount of one hundred
2 and fifty ($150.00) dollars.  This sum shall be paid to the Clerk
3 of the Court no later than thirty (30) days from the effective date
4 of this order.  Counsel shall file an affidavit accompanying the
5 payment of this sanction which states that it is paid personally
6 by counsel, out of personal funds, and is not and will not be
7 billed, directly or indirectly, to the client or in any way made
8 the responsibility of the client as attorneys' fees or costs.
9      IT IS SO ORDERED.
10     DATED: April 11, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT