UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON ARMSTRONG, BRYON ARMSTRONG, and JENNIFER PAYAN ARMSTRONG,

       Plaintiffs,

  v.

MICHAEL SEXSON, AGENT CORRAL, RITE-AID CORPORATION, and DOES 1-30,

       Defendants.
_____/

NO. CIV. S-06-2200 LKK/EFB

<u>O R D E R</u>

    The hearing currently set for July 30, 2007 is hereby CONTINUED to August 3, 2007 at 1:30 p.m. Plaintiffs' opposition briefs remain due on July 16, 2007, and defendants' reply briefs remain due on July 23, 2007.

    IT IS SO ORDERED.

    DATED: July 3, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT