UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON ARMSTRONG, BRYON ARMSTRONG, and JENNIFER PAYAN ARMSTRONG,

       Plaintiffs,

  v.

MICHAEL SEXSON, AGENT CORRAL, RITE-AID CORPORATION, and DOES 1-30,

       Defendants.

NO. CIV. S-06-2200 LKK/EFB

O R D E R

In light of the recently-filed motion for terminating sanctions, the hearing on the motions for summary judgment (Dock. Nos. 48 & 54) shall be CONTINUED to March 24, 2008 at 10:00 a.m. The briefing schedule for the motions for summary judgment, however, shall remain the same such that oppositions are due February 25, 2008 and replies are due March 3, 2008.

    IT IS SO ORDERED.

    DATED: February 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT