UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON ARMSTRONG, BRYON ARMSTRONG, and JENNIFER PAYAN ARMSTRONG,

        Plaintiffs,

  v.

MICHAEL SEXSON, AGENT CORRAL, RITE-AID CORPORATION, and DOES 1-30,

        Defendants.

                                NO. CIV. S-06-2200 LKK/EFB

                                O R D E R

    Pending before the court are Motions for Summary Judgment filed by Defendant Sexson and Defendant Corral and a Motion for Terminating and Monetary Sanctions brought by Defendant Corral. All motions are set to be heard on March 24, 2008. Pursuant to the court's order, the plaintiffs were required to file and serve their opposition or statements of non-opposition to the summary judgment motions by February 25, 2008. The plaintiffs have not done so.

    Accordingly, the court orders as follows:

1. Plaintiffs are hereby ORDERED TO SHOW CAUSE in writing by March 7, 2008 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for the failure to file a timely opposition or statement of non-opposition;
2. Plaintiffs shall file and serve their oppositions or statements of non-opposition to the pending Motions for Summary Judgment no later than March 3, 2008 at 5:00 PM. A failure to do so will result in a dismissal with prejudice.
3. Defendants' replies, if any, shall be filed on or before March 17, 2008.

IT IS SO ORDERED.

DATED: February 28, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT